UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                          )     CASE NO: 06-40050-399
                                )
CARL QUINTON TATE               )
                                )     CHAPTER 13
                                )
                                )
                  DEBTOR(S)     )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

    COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH  THEY  ARE  ENTITLED  TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


DLJ MORTGAGE CAPITAL INC
PO BOX 8517                     $           2,312.63
C/O WILSHIRE CREDIT CORP
PORTLAND OR
472649              97207-8517


                           /s/ John V. LaBarge, Jr.
                           -----------------------------------
DATE: March 31, 2011       JOHN V. LABARGE, JR.,
                           CHAPTER 13 TRUSTEE
                           P.O. Box 430908
                           St. Louis, MO 63143
BG -091                    (314) 781-8100   trust33@ch13stl.com